IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00800-CMA-BNB

JOHN HAMILTON,

Plaintiff,

v.

ARAPAHOE COMMUNITY COLLEGE,
CCCS-ARAPAHOE COMMUNITY COLLEGE, and
KIM DALE, in all capacities,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate and Reset Scheduling Conference and Disclosure Deadline** [docket no. 24, filed May 23, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for May 30, 2012, is **vacated and reset to July 16, 2012, at 1:30 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or before **July 9, 2012**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED that the deadline to for Rule 26 disclosures is extended to and including **June 21, 2012**.


DATED: May 24, 2012