IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-00800-CMA-BNB

JOHN HAMILTON,

    Plaintiff,

v.

ARAPAHOE COMMUNITY COLLEGE,
CCS-ARAPAHOE COMMUNITY COLLEGE, and
KIM DALE in all capacities,

    Defendants.

## ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT KIM DALE AND ORDER TO AMEND CAPTION

This matter is before the Court on the parties' Stipulation To Dismiss Defendant Kim Dale With Prejudice (Doc. # 39).  The Court has reviewed the Stipulation and ORDERS as follows:

All of Plaintiff's claims against Defendant Kim Dale are hereby DISMISSED WITH PREJUDICE, the parties to bear their own costs attorneys' fees.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Kim Dale as a Defendant in this case.

DATED:  November  19th , 2012

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge