IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00800-CMA-BNB

JOHN HAMILTON,

    Plaintiff,

v.

ARAPAHOE COMMUNITY COLLEGE, and
CCS-ARAPAHOE COMMUNITY COLLEGE,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. R1(a) and the Stipulation To Dismiss Action With Prejudice (Doc. # 41) signed by the attorneys for the parties hereto it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: January __07__, 2013

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge